1  BRIAN E. WASHINGTON, COUNTY COUNSEL
   Valerie Berg, SBN 278322
2  3501 Civic Center Drive, Room 275
   San Rafael, CA 94903
3  Tel.: (415) 473-6117
   Fax: (415) 473-3796
4  Valerie.berg@marincounty.gov

5  Attorneys for Defendants
   COUNTY OF MARIN, MICHAEL FROST, and
6  ROSEMARIE GAGLIONE, erroneously sued herein as Rose Marie Gaglione

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9                  OAKLAND DIVISION

10                              Case No.: 4:23-cv-06089-HSG

11 KIPCHOGIE BROOKS; ISAAC
   MARTINEZ; KENNETH NELSON; and      **STIPULATION AND ORDER FOR LEAVE FOR**
12 BALJIT SINGH,                      **PLAINTIFF TO FILE FIRST AMENDED**
                                      **COMPLAINT AND THE DEADLINE FOR**
13           Plaintiffs,              **DEFENDANT'S RESPONSIVE PLEADING**

14     vs.                           Complaint Filed: December 1, 2023

15 COUNTY OF MARIN, MICHAEL FROST,    ASSIGNED FOR ALL PURPOSES TO HON.
   In his Individual Capacity, ROSE MARIE   HAYWOOD S. GILLIAM, JR.
16 GAGLIONE, In her individual Capacity,
                                      Hearing Date:
17                                                      Time:
           Defendants.              Dept:
18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE: PLEADINGS
Case No. 4: 23-CV-06089-HSG

Doc no. 174049

Defendants County of Marin, Michael Frost and Rosemarie Gaglione (hereinafter collectively "Defendants") and Plaintiffs Kipchogie Brooks; Isaac Martinez; Kenneth Nelson; and Baljit Singh, (hereinafter collectively "Plaintiffs') and all parties, (collectively with the Defendants, "Parties") by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on December 1, 2023 (Dkt. 1); and

WHEHREAS, Plaintiff caused their Complaint to be served on the County on December 5, 2023; and

WHEREAS, the deadline for the County's responsive pleading under Rule 12(a) of the Federal Rules of Civil Procedure is December 26, 2023; and

WHEREAS, the County initiated efforts to meet and confer with Plaintiff regarding the Defendant's concerns of defects in the Complaint; and

WHEREAS, Plaintiff is agreeable to amending the Complaint in response to the concerns the Defendants raised; and

WHEREAS, the parties anticipate that they will be able to resolve the County's concerns about the Complaint without judicial intervention; and

WHEREAS, other than amending its pleading once as a matter of course as described under Rule 15(a)(1) of the Federal Rules of Civil Procedure, a party may amend its pleading only with the opposing party's written consent or the court's leave under Rule 15(a)(2) of the Federal Rules of Civil Procedure; and

WHEREAS, by this stipulation the Defendants provide their written consent for Plaintiffs to amend the Complaint; and

WHEREAS, the Court may, for good cause, extend the time by which an act must be done if the request is made before the original time to act expires, under Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure; and

WHEREAS, the original time for the Plaintiff to amend its pleading as a matter of course has not yet expired; and

WHEREAS, the original time for the Defendants to file a responsive pleading has not yet expired;

WHEREAS, the Parties have also agreed to engage in early settlement discussions; and

THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the Court's approval, as follows:

1.    Plaintiffs will file an Amended Complaint by March 1, 2024; and

2.    The deadline for the Defendants to file a responsive pleading to the Amended Complaint is April 1, 2024.

Dated: December 20, 2023                OFFICE OF THE COUNTY COUNSEL
                                        COUNTY OF MARIN

                                        By:_____/s/ Valerie Berg_____
                                            Valerie Berg
                                            Attorney for Defendants
                                            COUNTY OF MARIN, MICHAEL FROST
                                            and ROSEMARIE GAGLIONE

Dated: December 20, 2023                LAW OFFICES OF BONNER & BONNER

                                        By: /s/ A. Cabral Bonner
                                            Charles A. Bonner
                                            A. Cabral Bonner
                                            Attorneys for Plaintiffs
                                            KIPCHOGIE BROOKS; ISAAC
                                            MARTINEZ; KENNETH NELSON; and
                                            BALJIT SINGH

IT IS SO ORDERED

Dated: 12/21/2023              By: _Haywood S. Gilliam Jr._
                                   HON. HAYWOOD S. GILLIAM, JR.