BRIAN E. WASHINGTON, COUNTY COUNSEL
Valerie Berg, Deputy County Counsel (SBN 278322)
Cara M. Porter, Deputy County Counsel (SBN 266045)
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 473-6117
Fax: (415) 473-3796
valerie.berg@marincounty.gov
cara.porter@marincounty.gov

Attorneys for Defendants
COUNTY OF MARIN, MICHAEL FROST and
ROSEMARIE GAGLIONE, erroneously sued herein as Rose Marie Gaglione

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KIPCHOGIE BROOKS; ISAAC MARTINEZ; KENNETH NELSON; and BALJIT SINGH,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MARIN, MICHAEL FROST, In his Individual Capacity, ROSE MARIE GAGLIONE, In her individual Capacity,<br><br>Defendants. | Case No.: 4:23-cv-06089-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES (as modified)**<br><br>Complaint Filed: November 22, 2023<br><br>ASSIGNED FOR ALL PURPOSES TO HON. HAYWOOD S. GILLIAM, JR. |

Defendants County of Marin, Michael Frost, and Rosemarie Gaglione (collectively "Defendants") and Plaintiffs Kipchogie Brooks, Isaac Martinez, Kenneth Nelson, and Baljit Singh (collectively "Plaintiffs"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on November 22, 2023 (Dkt. 1); and

WHEREAS, Plaintiffs assert they caused their Complaint to be served on the County on December 5, 2023, and on Mr. Frost and Ms. Gaglione on December 12, 2023; and

1

STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERNECE AND RELATED DEADLINES [Case No. 4:23-cv-06089-HSG]
Stip re Con't CMC_

WHEREAS, on December 20, 2023, the parties filed a Stipulation for Leave for Plaintiff to File First Amended Complaint and the Deadline for Defendants' Responsive Pleading (Dkt. 10); and

WHEREAS, the Court entered an order on the stipulation, stating that Plaintiffs will file an Amended Complaint by March 1, 2024, and the deadline for Defendants to file a responsive pleading to the Amended Complaint is April 1, 2024 (Dkt. 12); and

WHEREAS, the deadline for the parties' joint case management statement is February 20, 2024, and the initial Case Management Conference is scheduled for February 27, 2024; and

WHEREAS, the parties agree that a continuance of the initial Case Management Conference and related deadlines is appropriate; and

WHEREAS, the Court may revise the case management schedule upon the filing of an appropriate motion as contemplated under Civil L.R. 16-2(d); and

WHEREAS, the parties are engaged in early settlement discussions;

THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the Court's approval, as follows:

1. The initial Case Management Conference currently set for February 27, 2024, is continued to May 7, 2024 at 2:00 p.m., or to a date otherwise convenient to the Court; and

2. The deadline for the parties to file a joint case management statement is continued to 7 days before the initial Case Management Conference; and

3. The timeline set forth under Rule 26 of the Federal Rules of Civil Procedure shall comply with the continued date for the initial Case Management Conference.

Dated: February 8, 2024

OFFICE OF THE COUNTY COUNSEL
COUNTY OF MARIN

By: */s/ Valerie Berg*
　　　Valerie Berg
　　　Attorney for Defendants
　　　COUNTY OF MARIN, MICHAEL FROST
　　　and ROSEMARIE GAGLIONE

Dated: February 8, 2024                           LAW OFFICES OF BONNER & BONNER

                                                  By: */s/ A. Cabral Bonner*
                                                      Charles A. Bonner
                                                      A. Cabral Bonner
                                                      Attorneys for Plaintiffs
                                                      KIPCHOGIE BROOKS, ISAAC
                                                      MARTINEZ, KENNETH NELSON, and
                                                      BALJIT SINGH

    IT IS SO ORDERED.  The dial-in information and instructions remain the same as previously provided in docket no. 8.

Dated: 2/8/2024                                   By: _____
                                                      HON. HAYWOOD S. GILLIAM, JR.