UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIPCHOGIE BROOKS, et al., | Case No. 23-cv-06089-HSG |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| COUNTY OF MARIN, et al., | |
| Defendants. | |

A case management conference was held on May 7, 2024. Having considered the parties' proposals, *see* Dkt. No. 27, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | July 12, 2024 |
| Close of Fact Discovery | October 11, 2024 |
| Exchange of Opening Expert Reports | October 25, 2024 |
| Exchange of Rebuttal Expert Reports | November 15, 2024 |
| Close of Expert Discovery | November 29, 2024 |
| Dispositive Motion Hearing Deadline | January 16, 2025, at 2:00 p.m. |
| Pretrial Conference | April 22, 2025, at 3:00 p.m. |
| Jury Trial (10 days) | May 12, 2025, at 8:30 a.m. |

//

//

//

//

1    These dates may only be altered by order of the Court and only upon a showing of good
2 cause.  The parties are directed to review and comply with this Court's standing orders.
3    **IT IS SO ORDERED.**
4 Dated:   5/15/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge