BRIAN E. WASHINGTON, COUNTY COUNSEL
Renee Giacomini Brewer, SBN 173012
Valerie Berg, SBN 278322
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 473-6117
Fax: (415) 473-3796
renee.brewer@marincouny.gov
valerie.berg@marincounty.gov

Attorneys for Defendants
COUNTY OF MARIN, MICHAEL FROST, and
ROSEMARIE GAGLIONE, erroneously sued herein as Rose Marie Gaglione

LAW OFFICES OF BONNER & BONNER
Charles A. Bonner, SBN 85413
A. Cabral Bonner, SBN 247528
475 Gate Five Rd, Suite 211
Sausalito, CA 94965
Tel: (415) 331-3070
Fax: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

Attorneys for Plaintiffs
KIPCHOGIE BROOKS, ISAAC MARTINEZ,
KENNETH NELSON, and BALJIT SINGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KIPCHOGIE BROOKS; ISAAC MARTINEZ; KENNETH NELSON; and BALJIT SINGH, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF MARIN, MICHAEL FROST, In his Individual Capacity, ROSE MARIE GAGLIONE, In her individual Capacity, <br><br> Defendants. | Case No.: 4:23-cv-06089-HSG <br><br> **STIPULATION AND ORDER SELECTING ADR PROCESS** <br><br> Complaint Filed: December 1, 2023 <br><br> ASSIGNED FOR ALL PURPOSES TO HON. HAYWOOD S. GILLIAM, JR. |

The parties having met and conferred further regarding alternative dispute resolution methods, and the Parties agree to attend mediation with a mediator on the Northern District of California's panel of neutrals within 120 days of referral to panel mediation. The Parties agree to select 5 neutrals from the panel and submit those to the ADR Coordinator by no later than June 12, 2024.

Dated: June 5, 2024

OFFICE OF THE COUNTY COUNSEL
COUNTY OF MARIN

By: */s/* Valerie Berg
    Renee Giacomini Brewer
    Valerie Berg
    Attorney for Defendants
    COUNTY OF MARIN, MICHAEL FROST
    and ROSEMARIE GAGLIONE

Dated: June 5, 2024

LAW OFFICES OF BONNER & BONNER

By: */s/* Charles A. Bonner
    Charles A. Bonner
    A. Cabral Bonner
    Attorneys for Plaintiffs
    KIPCHOGIE BROOKS; ISAAC
    MARTINEZ; KENNETH NELSON; and
    BALJIT SINGH

IT IS SO ORDERED

Dated: _____6/6/2024_____   By: _____
    HON. HAYWOOD S. GILLIAM, JR.