UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIPCHOGIE BROOKS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF MARIN, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-06089-HSG<br><br>**AMENDED SCHEDULING ORDER** |

A case management conference was held on September 17, 2024. Having considered the parties' revised proposal, *see* Dkt. No. 46, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Revised Deadline |
|---|---|
| Exchange of Opening Expert Reports | November 22, 2024 |
| Exchange of Rebuttal Expert Reports | December 13, 2024 |
| Close of Fact and Expert Discovery | January 9, 2025 |
| Dispositive Motion Hearing Deadline | February 13, 2025, at 2:00 p.m. |
| Pretrial Conference | April 22, 2025, at 3:00 p.m. |
| Jury Trial (10 days) | May 12, 2025, at 8:30 a.m. |

//

//

//

//

//

//

//

1  These dates may only be altered by order of the Court and only upon a showing of good
2  cause. The parties are directed to review and comply with this Court's standing orders. This order
3  terminates Dkt. No. 46.

4  **IT IS SO ORDERED.**

5  Dated:  10/3/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge